**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-6356**

---

KEVIN DOHERTY,

> Plaintiff - Appellant,

v.

RICHARD B. ASHBY,

> Defendant - Appellee,

and

BETH ARTHUR, ACDF Sheriff; JAMES HYMAN; COUNTY OF ARLINGTON, VA; DANBI MALLIN, Physicians Assistant; MARJORIE BURRIS, Nurse; CORIZON HEALTH; NAME UNKNOWN CORIZON PHYSICIAN'S ASSISTANT; VIRGINIA DEPARTMENT OF CORRECTIONS; M. B. NELLIS,

> Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:19-cv-00420-HEH-EWH)

---

Submitted:  September 8, 2022                    Decided:  September 13, 2022

---

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kevin Doherty, Appellant Pro Se.  Elizabeth Martin Muldowney, SANDS ANDERSON, PC, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Doherty appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint. Upon review of the record,[*] we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Doherty v. Corizon Health*, No. 3:19-cv-00420-HEH (E.D. Va. May 28, 2021; June 16, 2021; Jan. 6, 2022; Mar. 14, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although we grant Doherty's motion to review the full record, we deny his motion to certify the appeal as non-frivolous for purposes of preparation of transcripts at Government expense, 28 U.S.C. § 753(f).